Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 S. First Street, Ste. 342
San Jose, CA 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ, | No.  4:19-cv-05359-KAW |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| vs. | |
| FORELAND PARTS, INC. dba NAPA AUTO PARTS; WALTER H. VIELBAUM, Trustee of the HERBERT & ELSIE VIELBAUM TRUST OF 1990 dated May 10, 1990; | |
| Defendants. | |

Notice is hereby given that Plaintiff Gerardo Hernandez ("Plaintiff") has settled the above-captioned matter with all Defendants. Plaintiff requests that he be given to and including January 13, 2020 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: December 10, 2019                    MOORE LAW FIRM, P.C.


                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Gerardo Hernandez