Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Gerardo Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FORELAND PARTS, INC. dba NAPA AUTO PARTS; WALTER H. VIELBAUM, Trustee of the HERBERT & ELSIE VIELBAUM TRUST OF 1990 dated May 10, 1990;<br><br>　　　　　Defendants. | No.  4:19-cv-05359-KAW<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Gerardo Hernandez and Defendants, Foreland Parts, Inc. dba Napa Auto Parts; and Walter H. Vielbaum, Trustee of the Herbert & Elsie Vielbaum Trust of 1990 dated May 10, 1990, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: December 18, 2019            MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez

Dated: December 18, 2019            FUBU LAW LLP

*/s/ Brent F. Basilico*
Brent F. Basilico
Attorneys for Defendant,
Foreland Parts, Inc. dba Napa Auto Parts

Dated: December 18, 2019            FOX, SHJEFLO & BABU LLP

*/s/ Sean P. Riley*
Sean P. Riley
Attorneys for Defendant,
Walter H. Vielbaum, Trustee of the Herbert & Elsie Vielbaum Trust of 1990 dated May 10, 1990

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Gerardo Hernandez